## Peña *v.* Annoni.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 51.—Resuelto en Junio 20, 1904.

Hipotecas—Ejecución—Cancelación de Gravámenes Posteriores.—Vendida ó adjudicada una finca para pago de una primera hipoteca, si el producto no iguala ó no supera al crédito hipotecario que se realiza, los créditos restantes se entenderán cancelados de hecho y de derecho, cancelándose en el Registro todas las inscripciones posteriores de censos é hipotecas y las anotaciones de embargos hechas también con posterioridad.

Id.—Segregación de la Finca Hipotecada.—El hecho de que de la finca hipotecada y ejecutada se hubieran segregado otras fincas, en la inscripción de las cuales se hubiera hecho constar que quedaban cancelados los gravámenes que afectaban la finca primitiva por la total segregación que de la misma se practicara, no es motivo para que deje de llevarse á efecto la cancelación procedente de acuerdo con la anterior doctrina en cumplimiento de sentencia ejecutoria, sin que tampoco sea obstáculo el mayor ó menor tiempo que transcurra en solicitarse la cancelación.

EXPOSICIÓN DEL CASO.

En el juicio ejecutivo seguido en el suprimido Juzgado de Primera Instancia de Mayagüez por Don José Peña Chavarri contra Don José Antonio Annoni en cobro de pesos, cuyo juicio pende ante Nos á virtud de recurso de casación por infracción de ley hoy de apelación, interpuesto por la representación de la parte ejecutante contra la resolución dictada por la Corte de Distrito de Mayagüez.

"*Resultando*: que por escritura pública otorgada en la ciudad de Mayagüez con fecha 16 de Septiembre de 1873, Don José Antonio Annoni, hipotecó á favor de Don Buenaventura Plaja, Don Luis Bravo y Don José Chavarri la hacienda de cañas de su propiedad denominada "Josefa", sita en los términos municipales entonces de Hormigueros y Cabo Rojo, y compuesta de 600 cuerdas de terrenos, más ó menos, para garantirles el pago de diversos créditos que totalizaban la suma de 47,020 pesos con 69 centavos, y posteriormente, por otra escritura de 18 de Junio de 1878, el propio Annoni en convenio con sus acreedores, entre estos los predichos Plaja, Bravo y Chavarri, que lo eran hipotecarios, constituyó también hipoteca sobre la mencionada hacienda" Josefa" por 167,033 pesos con 31 centavos, que se obligó á satisfacer por vigésimas partes en varias anualidades, siendo de notar que esa segunda escritura contiene las frases siguientes: "sin que se entienda desvirtuada ni alterada, solamente en el respiro concedido al señor referente, la escritura de 16 de Septiembre de 1873 á favor de los Sres. Don Buenaventura Plaja, Don Luis Bravo y Don José Chavarri la cuál comprende hipoteca expresa para garantir el pago de 47,020 pesos 69 centavos y los intereses del 12 por ciento anual, que confirma y ratifica por lo que respecta á la prelación, pués por lo que concierne al plazo é intereses queda innovada como se ha expresado."

*Resultando*: que por otra escritura pública otorgada en la ciudad de Mayagüez á 21 de Junio de 1880, Don Buenaventura Plaja y Don Luis Bravo cedieron los créditos hipotecarios de 30,211 pesos con 62 centavos y 6,378 pesos de que respectivamente les era deudor Don José Antonio Annoni, según el documento expresado de 18 de Junio de 1878, á favor de Don Francisco Nicolás Annoni, quien á su vez, por otra escritura pública de 24 de Julio de 1884, hizo cesión de dichos créditos hipotecarios á favor de Don José Peña Chavarri.

*Resultando* : que dueño Don José Peña Chavarri de los créditos expresados, promovió anté el suprimido Juzgado de Primera Instancia de Mayagüez, con fecha 20 de Noviembre de 1885, juicio ejecutivo contra Don José Antonio Annoni para el cobro de 12,806 pesos 36 centavos con sus intereses, que le estaba adeudando por siete anualidades vencidas de los créditos cedidos á su favor; y despachada la ejecución, fueron embargadas á Annoni, en 22 de Junio de 1886, 154 cuerdas de la hacienda "Josefa" hipotecada, embargo que luego se amplió, en 8 de Noviembre del mismo año, á 80 cuerdas más por haber vencido un nuevo plazo de la obligación, habiéndose tomado anotación preventiva de ambos embargos en el Registro de la Propiedad de San Germán con fecha 26 de Octubre de 1887.

*Resultando* : que habiéndose dictado sentencia de remate en 23 de Noviembre de 1886, á instancia de la parte actora, y á virtud de providencia del Juzgado de 18 de Diciembre de 1886, se trajo á los autos certificación expresiva de las cargas que pesaban sobre la hacienda "Josefa", de que formaban parte los terrenos embargados, cuya certificación tiene fecha 29 de Enero de 1887, y posteriormente el ejecutado presentó otra certificación sobre el mismo concepto, expedida en 1 de Abril del propio año, de la que aparece, entre otras cosas, que con fecha 1º de Abril citado, el expresado Registrador, con vista de la escritura de 18 de Junio de 1878, de que se deja hecho mérito, extendió asiento en el Registro á petición de Don José Antonio Annoni, haciendo constar como aclaratoria de las inscripciones primera y segunda de la finca número 15, tomo 1, del Ayuntamiento de Hormigueros, que el crédito hipotecario de Don Buenaventura Plaja, Don Luis Bravo y Don José de Chavarri por valor de 47,020 pesos 69 centavos, garantido con hipoteca sobre dicha finca, quedó englobado y formando parte integrante del nuevo crédito de 167,033 pesos 31 centavos, también garantido con hipoteca sobre la propia finca quedando por consiguiente cancelada, rota y nula la anterior hipoteca á favor de los mencionados Plaja, Bravo y Chavarri, en cuanto á capital é intereses, y subsistente sólo única y exclusivamente en cuanto al derecho de prelación respecto de los demás acreedores:

*Resultando* : que después de haberse ordenado por el Juzgado por providencia de 20 de Abril de 1887 que se hiciera saber á los acreedores hipotecarios que resultaran de la certificación de cargas el estado de la ejecución para que intervinieran en el avalúo y subasta de los bienes embargados, si así les convenía, se llevó á afecto dicha subasta, aprobándose el remate á favor de Don Juan Chavarri y siendo luego subrogado en su lugar el ejecutante Don José Peña Chavarri, con re-

querimiento al ejecutado de que otorgara á favor del ejecutante dentro de tercero día la escritura traslativa del dominio de los terrenos subastados, bajo apercibimiento de hacerse de oficio.

*Resultando* : que como aún quedara adeudando Don José Antonio Annoni á Don José Peña Chavari 11,019 pesos 94 centavos de la cantidad que motivó la ejecución, solicitó éste que se decretara nuevo embargo en terrenos de la hacienda ''Josefa'' hasta cubrir la expresada suma, y habiéndolo ordenado así el Juzgado en 29 de Febrero de 1888, fueron embargadas siete cuerdas de terreno de dicha hacienda en que radicaban los establecimientos y casas de la misma, y también se embargaron 26 cuerdas más, de cuyos embargos á virtud de mandamiento del Juzgado se tomó anotación preventiva en el Registro de la Propiedad de San Germán de 1888 ; habiéndose acordado por, providencia de 11 de Mayo siguiente, se hiciera saber el estado de la ejecución á los segundos hipotecarios á los efectos del artículo 1488 de la Ley de Enjuiciamiento Civil ; y sacados esos bienes á pública subasta fueron adjudicados por sentencia de 22 de Diciembre del propio año, á Don José Peña Chavarri, por las dos terceras partes de su valor, en pago de los plazos vencidos de la obligación hipotecaria consignada en la escritura que sirvió de título á las ejecuciones.

*Resultando* : que habiendo ordenado el Juzgado en providencias de 12 de Abril de 1888 y 3 de Enero del año siguiente que se libraran mandamientos al Registrador de la Propiedad de San Germán para la cancelación de las hipotecas posteriores que pesaban sobre las 234 cuerdas de terrenos primeramente subastadas, y sobre los terrenos y establecimientos que también posteriormente fueron objeto de subasta, el Registrador devolvió el primer mandamiento con la siguiente nota: ''en virtud del precedente mandamiento, y mediante anotación letra ''D'' que aparece al fólio 175, tomo 1 del Ayuntamiento de Hormigueros, finca número 15 duplicado, han sido canceladas las anotaciones letras B y C que constaban á los fólios 173 vuelto y 174 de dicho tomo y finca''. y la nota puesta al segundo mandamiento dice así: ''hecha la cancelación á que se refiere el precedente mandamiento al fólio 177 vuelto del tomo 1 del Ayuntamiento de Hormigueros, finca número 15 duplicado, letra ''H''.

*Resultando* : que con fecha 10 de Junio de 1902 el Letrado Don Eduardo Acuña en representación de Don José Peña Chavarri, presentó escrito á la Corte de Distrito de Mayagüez suplicando se dispusiera que en cumplimiento de los provistos de 12 de Abril de 1888 y 3 de Enero de 1889 se ordene que por el Registrador de la Propiedad de San Germán se lleven á cabo las cancelaciones de las hipotecas y

demás gravámenes afectantes á las fincas adjudicadas á Peña Chavarri y que sean posteriores en orden de prelación al crédito que sirvió de base para el ejecutivo, librándosele á ese efecto mandamiento duplicado con los necesarios insertos y con expresión de cuales sean dichos gravámenes, según resulte de la certificación de caragas existente en autos, previniéndole que practique dicha cancelación á continuación de los asientos referentes á la porción adjudicada de 267 cuerdas, sin perjuicio de las posteriores transformaciones y nuevos asientos que por agrupaciones ó segregaciones hayan sufrido dichas cuerdas de terrenos, y lleve á los nuevos asientos con ellas relacionados las corespondientes notas de referencia.

*Resultando*: que á ese escrito acompañó la representación de Peña Chavarri certificación expedida por el Registrador de la Propiedad de San Germán de la que parece haberse anotado preventivamente en ese Registro el embargo de 154 cuerdas de la hacienda "Josefa" y el embargo de 80 cuerdas más de dicha hacienda como también haberse cancelado una y otra anotación con fecha 20 de Abril de 1888 á virtud de mandamiento duplicado expedido en 13 de Abril citado por el Juzgado de Primera Instancia de Mayagüez; constando además que también se tomó anotación preventiva del embargo de siete cuerdas más de terreno de la hacienda "Josefa" con los establecimientos y edificios en aquélla radicados, y de otra porción de terreno comprendida de 26 cuerdas que aunque separadas son parte de la misma hacienda "Josefa", y que el Registrador á virtud del mandamiento duplicado expedido por el mencionado Juzgado para la cancelación de las hipotecas que pesaban sobre los establecimientos, maquinarias, fábricas y casas y trozo de terrenos que fueron comprendidos en la ampliación de embargo, extendío asiento en doce de Enero de 1889, expresando que hacía la cancelación dispuesta, sin que conste en dicho Registro que se hayan hecho otros asientos de cancelación que los ya expresados de anotaciones preventivas de embargos, y resultando por el contrario del mismo Registro que al inscribirse á favor de Peña Chavarri con fecha 17 de Enero de 1889 el dominio de los terrenos y establecimientos que ultimamente le fueron adjudicados se expresó que las tierras y demás relacionado contenían algunos de los gravámenes constantes en la inscripción primera de la finca.

*Resultando*: que el Tribunal de Mayagüez por auto de 11 de Junio de 1902 declaró no haber lugar á lo solicitado por la representación de Don José Peña Chavarri, la que debía de ejercitar sus derechos en la vía correspondiente y contra quien viere convenirle.

*Resultando*: que de ese auto pidió reposición la representación de

Peña Chavarri acompañando certificación expedida por el Registrador de la Propiedad de San Germán, relativa á varias inscripciones de terrenos de la hacienda ''Josefa'', y á la primera inscripción de la hacienda nombrada ''San Romualdo,'' cuya finca según se expresa en esa inscripción llevada á efecto en 17 de Enero de 1889 procede de varios trozos de terrenos segregados de la extinguida hacienda ''Josefa'' propiedad de Don José Antonio Annoni inscrita en el tomo 1 de Hormigueros bajo el número 15 expresándose en su inscripción 1ª los gravámenes que la afectaban, hoy cancelados, así se dice, por la total segregación practicada, excepción hecha de las cargas eclesiásticas reconocidas por el nuevo adquirente y el Tribunal de Mayagüez por auto de 17 de Junio citado declaró no haber lugar á la reposición solicitada.''

*Resultando* : que contra esa resolución interpuso la representación de Peña Chavarri recurso de casación que le fué admitido, y elevados los autos á esta Corte Suprema, se dió á dicho recurso la tramitación prevenida por la ley, señalándose día para la vista que tuvo lugar con asistencia del Letrado de la parte recurrente.

Abogado del apelante: *Sr. Acuña (Eduardo)*.

EL JUEZ ASOCIADO SR. HERNÁNDEZ, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando* : que según el artículo 133 de la antígua Ley Hipotecaria, que es el 125 de la vigente, y 1516, 1517 y 1518 de la Ley de Enjuiciamiento Civil, vendida ó adjudicada una finca para satisfacer una primera hipoteca en términos que el valor de lo vendido ó adjudicado no iguale ó no supere al crédito hipotecerio que se realiza, los créditos restantes se entenderán de hecho y de derecho cancelados, y se cancelarán en el Registro, prévia presentación del oportuno mandamiento judicial en forma, todas las inscripciones posteriores de censos é hipotecas y las anotaciones de embargos, hechas también con posterioridad, dejando libre de todo gravámen, por estos conceptos, la finca ó fincas enagenadas ó adjudicadas.

*Considerando* : que, en consonancia con los anteriores preceptos legales, el Juez de Primera Instancia de Mayagüez, en

providencias ejecutoriadas de 12 de Abril de 1888 y 3 de Enero de 1889, ordenó se libraran mandamientos al Registrador de la Propiedad de San Germán para la cancelación de las hipotecas posteriores que pesaban sobre los terrenos y establecimientos adjudicados á Don José Peña Chavarri, en pago de su crédito hipotecario, sin que dicho Registrador diera cumplimiento á esos mandamientos, pués se limitó á cancelar las anotaciones preventivas de embargos, á que estaban afectos los bienes adjudicados, sin cancelar las hipotecas posteriores á la preferente que había motivado las ejecuciones.

*Considerando*: que si bien en la primera inscripción de la hacienda nombrada San Romualdo, la que procede de terrenos segregados de la extinguida hacienda "Josefa", se expresa, según certificación expedida por el Registrador de la Propiedad de San Germán, que los gravámenes que afectaban la hacienda "Josefa" están ya cancelados por la total segregación practicada, con excepción de las cargas eclesiásticas reconocidas, tal cancelación, cuya eficacia legal podría ponerse en tela de juicio, no es motivo suficiente para que deje de llevarse á efecto la cancelación solicitada al amparo de preceptos legales y de providencias ejecutorias, como tampoco puede alegarse en contra de esa cancelación el tiempo transcurrido, que no priva á Don José Peña Chavarri de un derecho reconocido por la ley y sancionado, en el presente caso, por la cosa juzgada.

*Considerando*: que la Corte de Distrito de Mayagüez al dictar las resoluciones recurridas ha provisto en contradicción con lo ejecutoriado, y procede por tanto el recurso interpuesto.

*Fallamos*: que debemos revocar y revocamos el auto recurrido de diez y siete de Junio de mil novecientos dos y su concordante del día 11 del mismo mes, y en consecuencia, mandamos se lleven á cabo las cancelaciones de las hipotecas y demás gravámenes afectantes á la finca adjudicada á Peña Chavarri y que sean posteriores en orden de prelación al crédito que sir-

vió de base para el ejecutivo, librándose á ese efecto, al Registrador de la Propiedad de San Germán, mandamiento duplicado con los necesarios insertos y con expresión de cuáles sean dichos gravámenes, según resulte de la certificación de cargas, obrante en autos; y con devolución de autos, comuníquese esta resolución á la Corte de Distrito de Mayagüez.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso. **∙∙**